UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re INSURANCE BROKERAGE ANTITRUST LITIGATION | MDL No. 1663 |
| NEW CINGULAR WIRELESS HEADQUARTERS, LLC, as successor in interest to AT&T WIRELESS SERVICES INC.; TYSON FOODS, INC.; TYSON FRESH MEAT, INC., for itself and as successor in interest to ibp, inc. and Iowa Beef Processors, Inc.; TYSON INTERNATIONAL CO., LTD.; FOODBRANDS AMERICA, INC.; PUBLIC SERVICE ENTERPRISE GROUP; PUBLIC SERVICE ELECTRIC & GAS CO., INC.; PSEG RESOURCES, INC.; TEXAS INDEPENDENT ENERGY, LLP; and TEXAS INDEPENDENT ENERGY OPERATING CO., LLC, Plaintiffs, v. MARSH & McLENNAN COMPANIES, INC., et al. Defendants. | No. 1:06-cv-5120 (FSH) Honorable Faith S. Hochberg |

## NOTICE OF VOLUNTARY DISMISSAL OF A CERTAIN DEFENDANT UNDER RULE 41(a)(1)

All of the above-named plaintiffs in the case styled New Cingular Wireless Co., et al. v. Marsh & McLennan Companies, et al., No. 06 C 0796 (N.D. Ga.) and No. 06-5120 (D.N.J.), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismiss with prejudice defendant Underwriters at Lloyd's organized and doing business as Syndicate No. 3000(MKL). This voluntary dismissal is not intended to, nor should be construed to, constitute a dismissal of any other party or claim in the litigation.

Dated: February 21, 2007

Respectfully submitted,

By: s/Patrick J. Heneghan

William G. Schopf
Patrick J. Heneghan
Ian H. Fisher
Louis C. Szura
SCHOPF & WEISS LLP
312 W. Randolph Street, Suite 300
Chicago, IL 60606
Telephone: 312.701.9300
Facsimile: 312.701.9335

*Counsel for Plaintiffs NEW CINGULAR WIRELESS HEADQUARTERS, LLC, as successor in interest to AT&T WIRELESS SERVICES INC.; TYSON FOODS, INC.; TYSON FRESH MEAT, INC., for itself and as successor in interest to ibp, inc. and Iowa Beef Processors, Inc.; TYSON INTERNATIONAL CO., LTD.; FOODBRANDS AMERICA, INC.; PUBLIC SERVICE ENTERPRISE GROUP; PUBLIC SERVICE ELECTRIC & GAS CO., INC.; PSEG RESOURCES, INC.; TEXAS INDEPENDENT ENERGY, LLP; and TEXAS INDEPENDENT ENERGY OPERATING CO., LLC*

So ORDERED

[signature]
U.S.D.J.

6/6/07

2